583 A.2d 301

K–MART CORPORATION, ETC. v. WENGRYN CONSTRUCTION COMPANY.

January 10, 1990.

Petition for certification denied.

583 A.2d 301

AARON GREEN v. GEORGE E. WILSON.

January 10, 1990.

Petition for certification denied.

583 A.2d 301

WILLIAM SHAWL v. S & M PROPERTIES AND VERGONA CRANE CO., INC. v. NATIONAL ERECTOR, INC.

January 10, 1990.

Petition for certification denied.

583 A.2d 301

IN RE THE VINEYARDS AT HOLMDEL.

January 10, 1990.

Petition for certification denied.